1
2
3
4
5
6
7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10 | |
| LEOBARDO ERIC RAMOS, | Case No. 1:21-cv-01036-DAD-EPG (PC) |
| Plaintiff, | ORDER RE: PLAINTIFF'S LETTER DATED MARCH 3, 2022 |
| v. | (ECF No. 31) |
| MAYFIELD, et al., | |
| Defendants. | |

17        Leobardo Ramos ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in

18   this civil rights action filed pursuant to 42 U.S.C. § 1983.

19        On March 7, 2022, the Court received a letter from Plaintiff dated March 3, 2022.  (ECF

20   No. 31).  In his letter, Plaintiff states that he sent defense counsel his settlement demand and that

21   he sent certain documents to the Court.  Plaintiff asks the Court to confirm "when it all arrives,"

22   and thanks the Court for "the settlement conference."

23        A settlement conference has not yet been set.  Defendant Mayfield has until April 11, 2022,

24   to either contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the

25   settlement conference or to opt out.  (ECF No. 29).  While the Court has not yet received the

26   documents Plaintiff refers to, it appears that Plaintiff was attempting to file the documents

27   mentioned in the Court's Order Regarding Early Settlement Conference (id. at 3).  However,

28   Plaintiff is not required to file these documents with the Court, and at this time does not have to

provide them to defendant Ramos either (pursuant to the Order, Plaintiff needs to provide the documents to defendant Ramos within fourteen days after the date of service of the order of the order setting the settlement conference (id.)).

     The Court will take no further action on Plaintiff's letter.

IT IS SO ORDERED.

Dated:   **March 11, 2022**　　　　　　　　　　/s/ _Erica P. Grosjean_
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE