UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO ERIC RAMOS,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MAYFIELD, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 1:21-cv-01036-DAD-EPG (PC)<br><br>AMENDED ORDER RE: PLAINTIFF'S LETTER DATED MARCH 3, 2022<br><br>(ECF No. 31) |

　　　Leobardo Ramos ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On March 11, 2022, the Court issued an order regarding Plaintiff's letter dated March 3, 2022. (ECF No. 32). The Court issues this amended order because the Court has now received documents Plaintiff referred to in his letter (ECF No. 33). Additionally, the Court twice referred to defendant Ramos instead of defendant Mayfield in its original order.

　　　On March 7, 2022, the Court received a letter from Plaintiff dated March 3, 2022. (ECF No. 31). In his letter, Plaintiff states that he sent defense counsel his settlement demand and that he sent certain documents to the Court. Plaintiff asks the Court to confirm "when it all arrives," and thanks the Court for "the settlement conference."

　　　A settlement conference has not yet been set. Defendant Mayfield has until April 11, 2022, to either contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the

settlement conference or to opt out. (ECF No. 29). The Court notes that it has received at least some of the documents Plaintiff referred to in his letter. (ECF No. 33).[1] However, Plaintiff was required to send the documents to defendant Mayfield, not the Court. (ECF No. 29, p. 3).

The Court will take no further action on Plaintiff's letter.

IT IS SO ORDERED.

Dated:   **March 14, 2022**                          /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] On March 11, 2022, the Court received a 602 filed by Plaintiff, as well as copies of the response. (ECF No. 33). The Court did not receive medical records.

2