# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO ERIC RAMOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MAYFIELD, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01036-ADA-EPG (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF RE: RELIEF FROM COURT REPORTER PHYSICAL PRESENCE REQUIREMENT UNDER FED. RULE CIV. P. 28<br><br>(ECF No. 69) |

　　　On December 16, 2022, defendant Mayfield ("Defendant") filed a motion for relief from the court reporter physical presence requirement under Federal Rule of Civil Procedure 28.  (ECF No. 69).

　　　The Court finds that Defendant has made the appropriate showing.  Accordingly, IT IS HEREBY ORDERED that Defendant's motion is GRANTED.  The court reporter is not required to be in the same physical location as Plaintiff during his deposition.

IT IS SO ORDERED.

　　Dated:　**December 19, 2022**　　　　　　/s/ *Erin P. Gross*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1