UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO ERIC RAMOS,<br><br>      Plaintiff,<br><br>v.<br><br>MAYFIELD, et al.,<br><br>      Defendants. | Case No. 1:21-cv-01036-ADA-EPG (PC)<br><br>ORDER REQUIRING DEFENDANT MAYFIELD TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS AND DENYING PLAINTIFF'S MOTION TO SUBSTITUTE WITHOUT PREJUDICE<br><br>(ECF No. 77) |

     Leobardo Ramos ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case is proceeding on Plaintiff's Eighth Amendment excessive force claim against defendant Mayfield and defendant Doe.  (ECF Nos. 10 & 21).

     On January 13, 2023, Plaintiff filed a document titled "motion to substitute the named individuals in place of Defendant DOE."  (ECF No. 77).  However, Plaintiff does not ask the Court to substitute a named individual in place of Defendant Doe or identify defendant Doe. Instead, he includes discovery requests so that he can identify "about 4-5 people."  (Id. at 1). Accordingly, the Court will direct defendant Mayfield to file a response to the discovery requests.  Additionally, as Plaintiff is requesting discovery from defendant Mayfield and not asking the Court to substitute a named individual in place of defendant Doe, the Court will deny Plaintiff's motion to substitute without prejudice.

     The Court notes that if Plaintiff needs additional time to file a motion to substitute the

named individual in place of defendant Doe, Plaintiff should file a motion for an extension of time.

The Court also notes that this case is only proceeding against one Doe defendant who allegedly used force on Plaintiff during the same incident as defendant Mayfield.  (ECF Nos. 12 & 21).  If Plaintiff files a motion to substitute, it is this defendant that Plaintiff must identify.

Accordingly, based on the foregoing, IT IS ORDERED that:

1. Defendant Mayfield has thirty days from the date of service of this order to serve Plaintiff with responses to the discovery requests included in Plaintiff's motion to substitute (ECF No. 77).
2. Plaintiff's motion to substitute (ECF No. 77) is denied, without prejudice.

IT IS SO ORDERED.

Dated:   **January 17, 2023**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE