UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO ERIC RAMOS,<br><br>    Plaintiff,<br><br>v.<br><br>MAYFIELD, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01036-ADA-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SPECIAL PERMISSION TO DEPOSE DEFENDANT MAYFIELD AND WARDEN JOE SULLIVAN<br><br>(ECF No. 83) |

    Leobardo Ramos ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case is proceeding on Plaintiff's Eighth Amendment excessive force claim against defendant Mayfield and defendant Doe.  (ECF Nos. 10 & 21).

    On February 10, 2023, Plaintiff filed a motion for special permission to depose defendant Mayfield and Warden Joe Sullivan.  (ECF No. 83).  While Plaintiff initially states that he wants to take the depositions by written questions, he asks to be allowed to question defendant Mayfield and the Warden live via video conference.  Plaintiff also states that he is proceeding *in forma pauperis*.

    Even though Plaintiff is proceeding *in forma pauperis*, as the Court previously informed Plaintiff, if Plaintiff wants to take a deposition he must "specifically show[] the ability to comply with the applicable Federal Rules of Civil Procedure by providing the name of the person to be deposed, the name and address of the court reporter who will take the deposition,

the estimated cost for the court reporter's time and the recording, and the source of funds for payment of that cost.  Plaintiff bears the responsibility to pay the costs of the deposition, including the cost of copies of deposition transcript(s)."  (ECF No. 57, pgs. 2-3) (footnote omitted); (ECF No. 80, pgs. 1-2).  Whether Plaintiff is attempting to take a live deposition or a deposition by written questions, Plaintiff failed to make the required showing.  Plaintiff did not provide any information regarding the court reporter, the estimated cost, or the source of funds for payment of that cost.

    Accordingly, IT IS ORDERED that Plaintiff's motion for special permission to depose defendant Mayfield and Warden Joe Sullivan (ECF No. 83) is denied.

IT IS SO ORDERED.

Dated:  **February 13, 2023**                              /s/ *Erica P. Grosjean*
                                                                                            UNITED STATES MAGISTRATE JUDGE