UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO ERIC RAMOS,<br><br>       Plaintiff,<br><br>   v.<br><br>MAYFIELD, et al.,<br><br>       Defendants. | Case No. 1:21-cv-01036-ADA-EPG (PC)<br><br>ORDER RE: LODGED AMENDED COMPLAINT<br><br>(ECF No. 89) |

      Leobardo Ramos ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      This case is currently proceeding on Plaintiff's Eighth Amendment excessive force claim against defendant Mayfield and defendant Doe. (ECF No. 21). All other claims were dismissed. (Id.).

      On February 27, 2023, Plaintiff lodged an amended complaint. (ECF No. 89). However, Plaintiff failed to file a motion for leave to amend, despite the Court informing Plaintiff three times that, "[i]f Plaintiff wants to file a Second Amended Complaint, he must file a motion for leave to amend along with a copy of his proposed Second Amended Complaint. In the motion, Plaintiff should explain the changes he is attempting to make to his First Amended Complaint." (ECF No. 16, p. 1 n.1; ECF No. 27, p. 1; ECF No. 54, p. 1). As there is no motion for leave to amend, there is no explanation as to what changes Plaintiff is

attempting to make or why he should be allowed to make those changes at this time.

Based on the foregoing, the Court will take no further action on Plaintiff's lodged amended complaint (ECF No. 89).

IT IS SO ORDERED.

Dated: **February 28, 2023**                 /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE