UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO ERIC RAMOS,<br><br>    Plaintiff,<br><br>v.<br><br>MAYFIELD, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01036-ADA-EPG (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR COPIES OF DOCKETED DOCUMENTS<br><br>(ECF No. 100)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF COPY OF OPERATIVE COMPLAINT (ECF NO. 10) |

    Leobardo Ramos ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On May 4, 2023, Plaintiff filed a motion for copies of docketed documents.  (ECF No. 100).  In particular, Plaintiff asks for a copy of his original complaint, his First Amended Complaint, a copy of his Second Amended Complaint, and a copy of his "Declaratory Relief." (ECF No. 100).  Plaintiff seeks these documents so that he can draft an amended complaint and file a motion for leave to amend to add new claims and defendants.

    Plaintiff's motion will be granted in part.  As the Court informed Plaintiff in the beginning of this case, "[t]he Court will not make copies of filed documents or provide postage or envelopes for free even for parties proceeding in forma pauperis."  (ECF No. 3, p. 3). Moreover, discovery has closed and that the dispositive motion deadline is May 5, 2023.  (ECF

No. 57). Additionally, Plaintiff appears to be attempting to cure deficiencies identified in the findings and recommendations that were issued on September 22, 2021 (ECF No. 12). Plaintiff has thus had ample opportunity to seek leave to amend his complaint to cure the deficiencies and he does not sufficiently explain why he should be allowed to add new claims and new defendants at this stage in the case.

      Nevertheless, as Plaintiff has asserted he does not have a copy of the operative complaint in this case, the Court will direct the Clerk of Court to send Plaintiff a copy of that complaint.

      Accordingly, IT IS ORDERED that Plaintiff's motion for copies of docketed documents (ECF No. 100) is GRANTED in part. The Clerk of Court is directed to send Plaintiff a copy of the operative complaint (ECF No. 10).

IT IS SO ORDERED.

Dated: **May 5, 2023**      /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE