UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO ERIC RAMOS,<br><br>        Plaintiff,<br><br>    v.<br><br>MAYFIELD, et al.,<br><br>        Defendants. | Case No. 1:21-cv-01036-ADA-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S OPPOSITION TO DEFENDANT'S PRIVILEGE LOG<br><br>(ECF No. 110) |

       Leobardo Ramos ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

       On May 22, 2023, Plaintiff filed an opposition to defendant Mayfield's privilege log. (ECF No. 110). Plaintiff asks the Court to "grant" his opposition and deny Defendant's privilege log "motion." (Id. at 3).

       The Court previously informed Plaintiff that, to challenge a claim of privilege, Plaintiff must file a motion to compel. (ECF No. 57, pgs. 3-4). However, Plaintiff did not do so. Moreover, the motion to compel deadline was January 13, 2023, and the non-expert discovery deadline was March 31, 2023. (ECF No. 57). Thus, Plaintiff's deadline to file a motion to compel already ran, and Plaintiff provides no explanation as to why he should be allowed to file a motion to compel at this time.

\\\

\\\

1

The Court will take no further action on Plaintiff's opposition to defendant Mayfield's privilege log.

IT IS SO ORDERED.

Dated: **May 24, 2023**         /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE