UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO ERIC RAMOS,<br><br>        Plaintiff,<br><br>   v.<br><br>MAYFIELD,<br><br>        Defendant. | Case No. 1:21-cv-01036-ADA-EPG (PC)<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR PLAINTIFF'S FAILURE TO COMPLY WITH A COURT ORDER AND FILE A PRETRIAL STATEMENT<br><br>RESPONSE DUE WITHIN FOURTEEN (14) DAYS |

      Leobardo Eric Ramos ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter is set for a pretrial conference on September 11, 2023, and a jury trial on November 14, 2023.

      On May 12, 2023, the Court issued a second scheduling order directing Plaintiff to file his pretrial statement on or before July 28, 2023. (ECF No. 106, p. 5). The Court also directed Plaintiff any motion for attendance of incarcerated witnesses, and the names and locations of any unincarcerated witnesses who refuses to testify voluntarily on or before July 14, 2023.[1] (*Id.*, p. 3-4). The Court's order also advised Plaintiff that "failure to file pretrial statements as required by this order may result in the imposition of appropriate sanctions, which may include dismissal of

---

[1] On August 1, 2023, Plaintiff filed an untimely motion for the attendance of incarcerated witnesses. (ECF No. 127). Defendant's opposition or response is due by August 15, 2023.

1

the action or entry of default." (*Id.*, p. 5). The Court's order also stated that "[a]ny party unable to comply with the dates outlined in this order shall immediately file an appropriate motion or stipulation identifying the requested modification(s)." (*Id.*)

The deadline for Plaintiff to file a pretrial statement has expired, and Plaintiff has failed to comply with the Court's scheduling order. Moreover, Plaintiff has not filed any motion requesting an extension to this deadline. The Court notes that Plaintiff has otherwise been able to file several motions or filings with the Court since the second scheduling order was issued, (*see* ECF Nos. 107, 110, 116, 119, 124, and 125), including the recently filed motion for incarcerated witnesses on August 1, 2023, (ECF No. 127).

This case cannot proceed to trial without Plaintiff's cooperation. Accordingly, Plaintiff is HEREBY ORDERED to show cause by written response why this action should not be dismissed for failure to obey the Court's order and for failure to prosecute. Plaintiff's response is due within fourteen (14) days from the date of service of this order. **If Plaintiff fails to file a response, or the response does not demonstrate good cause, the Court will issue findings and recommendations that this case be dismissed.**

IT IS SO ORDERED.

Dated: **August 8, 2023**              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE