**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEOBARDO ERIC RAMOS, | Case No. 1:21-cv-01036-ADA-EPG (PC) |
| Plaintiff, | |
| v. | |
| MAYFIELD, | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendant. | **AD TESTIFICANDUM** |

Leobardo Eric Ramos, CDCR #AS-7703, a necessary and material witness in a Pretrial Conference in this case on September 11, 2023, is confined in Kern Valley State Prison (KVSP), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before District Judge Ana de Alba, by Zoom video conference from his place of confinement, on Monday, September 11, 2023, at 1:30 p.m.

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a Pretrial Conference at the time and place above, until completion of the Pretrial Conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Kern Valley State Prison at (661) 720-4949 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Mamie Hernandez, Courtroom Deputy, at mhernandez@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, KVSP, P. O. Box 3130, Delano, California 93216:**

**WE COMMAND** you to produce the inmate named above to testify before Judge de Alba at the time and place above, by Zoom video conference, until completion of the Pretrial Conference or as ordered by the court.

//
//
//
//
//

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:     **August 28, 2023**                    /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE

