UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO ERIC RAMOS,<br><br>      Plaintiff,<br><br>   v.<br><br>MAYFIELD, *et al.*,<br><br>      Defendants. | Case No. 1:21-cv-01036-ADA-EPG (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 130). |

On August 8, 2023, the Court issued an order for Plaintiff to show cause why sanctions should not issue for Plaintiff's failure to comply with a court order and file a pretrial statement. (ECF No. 130). The Court ordered Plaintiff to file a response within fourteen days. (*Id.*, p. 2). On August 28, 2023, Plaintiff filed a response the Court's order. (ECF No. 133). Plaintiff also filed a pretrial statement. (ECF No. 134).

Plaintiff's response indicates that he was unable to file a pretrial statement by the July 28, 2023, deadline because he was placed under intensive care in a mental health crisis bed. (ECF No. 130, p. 1). Plaintiff states that during this time he did not have access to the law library or personal property needed to prepare the pretrial statement. (*Id.*) Based on these circumstances,

1

Plaintiff requests that District Judge de Alba "reopen" the motion for reconsideration of the appointment of counsel, which Judge de Alba denied on June 30, 2023 (ECF No. 121).[1] (*Id.*) Plaintiff also requests a thirty-day extension to file a pretrial statement.

While Plaintiff's response was untimely, in light of the Plaintiff's filing of his pretrial statement, the Court will discharge the order show cause. However, Plaintiff is advised that anything not disclosed in his pretrial statement cannot be used at trial.[2]

Accordingly, IT IS ORDERED that the Court's August 8, 2023, order to show cause (ECF No. 130) is DISCHARGED. Further, Plaintiff's request for a thirty-day extension to file a pretrial statement is denied as moot.

IT IS SO ORDERED.

Dated: **September 5, 2023**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will not address the request directed to Judge de Alba.
[2] The pretrial conference is set for October 10, 2023, at 1:30 p.m. before Judge de Alba. (ECF Nos. 106, 135). The trial is set for November 14, 2023, at 8:30 a.m. (ECF No. 135).