UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO ERIC RAMOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MAYFIELD,<br><br>　　　　Defendant. | Case No. 1:21-cv-01036-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 124, 141). |

　　　　Leobardo Eric Ramos ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis against Defendant Mayfield in this civil rights action filed pursuant to 42 U.S.C. § 1983. (Doc. 10.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 7, 2023, the Magistrate Judge issued Findings and Recommendations, recommending the District Court deny Plaintiff's motion to amend his complaint. (Doc. 141.) The Findings and Recommendations contained notice that any objections were to be filed within fourteen days after service. (*Id.* at 3.) Plaintiff has filed no objections and the time to do so has passed. (*See* docket.)

　　　　According to 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and

Recommendations are supported by the record and proper analysis.[1]  Thus, the Court ORDERS:

1. The findings and recommendations issued September 7, 2023 (Doc. 141) are ADOPTED IN FULL.
2. Plaintiff's motion for permission to file declaratory relief or amend complaint (Doc. 124) is DENIED without prejudice.

IT IS SO ORDERED.

   Dated:   March 25, 2024

                                             UNITED STATES DISTRICT JUDGE

---

[1] Additionally, as to Plaintiff's request to add unidentified doe defendants in place of Defendant Doe, the Court notes that Defendant Doe was dismissed from this action on September 7, 2023. (Doc. 140.)

2